IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN ARMATIS,

    Plaintiff,                                            No. CIV S-08-2538 LKK EFB

    vs.

OWENS-BROCKWAY GLASS
CONTAINER, INC., TYLER YOUNG,

    Defendants.                               <u>ORDER</u>

                                              /

        On February 5, 2010, the court heard plaintiff's motion to compel defendant, Owens-Brockway Glass Container, Inc. ("Owens"), to respond to certain requests for production of documents that plaintiff served upon Owens on December 11, 2009. Dckt. No. 34. Attorney Craig Sheffer appeared at the hearing on behalf of plaintiff; attorney Sarah Youngblood appeared on behalf of Owens.

        As stated on the record, and for the reasons stated on the record, plaintiff's motion to compel, Dckt. No. 34, is granted in part and denied in part. Plaintiff's request for sanctions is denied.

        SO ORDERED.

DATED: February 5, 2010.

                                                  EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE