```
1   SCHIFF HARDIN LLP
    Stephen M. Hankins (SBN 154886)
2   Jean H. Hurricane (SBN 175628
    Sarah D. Youngblood (SBN 244304)
3   One Market, Spear Street Tower
    Thirty-Second Floor
4   San Francisco, CA  94105
    Telephone:    (415) 901-8700
5   Facsimile:    (415) 901-8701
    E-mail:       kcward@archernorris.com
6
    Attorneys for Defendants
7   OWENS-BROCKWAY GLASS CONTAINER,
    INC. and TYLOR YOUNG
8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBIN ARMATIS,<br><br>   Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC. and TYLOR YOUNG,<br><br>   Defendants. | Case No.  2:08-CV-02538-LKK-EFB<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>**(Pursuant to L.R. 182(g))** |
|---|---|

In the above-captioned litigation, defendants Owen-Brockway Glass Container Inc. and Tylor Young, hereby substitute Archer Norris, 2033 North Main Street, Suite 800, Walnut Creek, California 94596 as attorneys of record in place of Schiff Hardin LLP, One Market, Spear Tower, 32nd Floor, San Francisco, California 94105.

We consent to the substitution.

DATED: July 30, 2010                    OWENS-BROCKWAY GLASS CONTAINER INC.

                                        /s/ Ryan H. Haywood
                                        By:  Ryan H. Haywood

CHRC090/1002054-1

SUBSTITUTION OF ATTORNEYS
(PURSUANT TO L.R. 182(G)) 2-08-CV-2538

1  I consent to the substitution.

2

3  DATED: August 3rd, 2010          /s/ Tylor Young
                                    Tylor Young
4

5  We consent to the substitution.

6  DATED: August 5th, 2010          SCHIFF HARDIN LLP

7

8                                   By: /s/ Stephen M. Hankins/sdy
                                        Stephen M. Hankins
9

10 We accept to the substitution.

11 DATED: August 5, 2010            ARCHER NORRIS

12

13                                  By: /s/ Kenneth C. Ward

14

15

16 IT IS SO ORDERED:

17

18
   DATED: August 26, 2010.
19

20

21                         LAWRENCE K. KARLTON
                           SENIOR JUDGE
22                         UNITED STATES DISTRICT COURT

23

24

25

26

27

28

CHRC090/1002054-1                   2              SUBSTITUTION OF ATTORNEYS

                                                   (PURSUANT TO L.R. 182(G)) 2-08-CV-2538