UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN ARMATIS,

      Plaintiffs,

      v.

OWENS-BROCKWAY GLASS
CONTAINER, INC., and
TYLOR YOUNG,

      Defendants.

NO. CIV. S-08-2538 LKK/EFB

O R D E R

/

On October 21, 2010, plaintiff filed a request to continue trial, which is currently set to begin on November 9, 2010. Plaintiff argues, *inter alia*, that she will be prejudiced by the November start date because she is scheduled to have surgery relating to the injuries at issue in the instant case in several months. She contends that evidence of the surgery, her recovery, and her prognosis is highly relevant to her claims. On October 27, 2010, defendants filed an opposition to plaintiff's request. They maintained that evidence of the surgery is not relevant to the calculation of plaintiff's damages, if any, and that they have a

1

right to a prompt decision in the case.

Under the totality of the circumstances, the court finds a continuance proper, yet recognizes that the scope and nature of the continuance is uncertain due to plaintiff's recovery. Thus, the court ORDERS as follows:

(1) Plaintiff's request for a continuance, ECF No. 90, is GRANTED.

(2) Plaintiff shall file a request for a status conference when plaintiff's condition is stabilized and she can begin trial.

(3) All pending motions in limine, ECF Nos. 76-86, are DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: October 29, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2