1  Kenneth C. Ward (Bar No. 63131)
   kcward@archernorris.com
2  Jonathan W. Thames (Bar No. 242158)
   jthames@archernorris.com
3  ARCHER NORRIS
   2033 North Main Street, Suite 800
4  Walnut Creek, CA  94596-3759
   Telephone:    925.930.6600
5  Facsimile:    925.930.6620
   E-mail:       jthames@archernorris.com

Attorneys for Defendants
OWENS-BROCKWAY GLASS CONTAINER,
INC. and TYLOR YOUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBIN ARMATIS, | Case No.  2-08-CV-2538 |
|---|---|
| Plaintiff, | **FED. R. CIV. P. 41(a) STIPULATED MOTION TO DISMISS <u>WITH PREJUDICE</u>** |
| v. | |
| OWENS-BROCKWAY GLASS CONTAINER, INC. and TYLOR YOUNG, | |
| Defendants. | |

   COME NOW Defendants OWENS-BROCKWAY GLASS CONTAINER, INC., and TYLOR YOUNG, and Plaintiff ROBIN ARMATIS, and for their Stipulated Motion to Dismiss With Prejudice respectfully state as follows:

   Plaintiff Robin Armatis and Defendants Owens-Brockway Glass Container, Inc. and Tylor Young move the Court for an Order pursuant to Rule 41(a) of the Federal Rules of Civil Procedure dismissing all of Plaintiff's claims against Defendants Owens-Brockway Glass Container, Inc. and Tylor Young, <u>with prejudice</u>, on the ground that all matters in dispute between these parties have been fully and finally settled and compromised.

///

///

Each party shall bear its own attorney fees and costs.

Dated: July 27, 2010                           ARCHER NORRIS\

*/s/ Jonathan W. Thames*
Jonathan W. Thames
Attorneys for Defendants
OWENS-BROCKWAY GLASS
CONTAINER, INC. and TYLOR YOUNG

DREYER, BABICH, BUCCOLA & CALLAHAM

*/s/ Craig C. Sheffer*
CRAIG C. SHEFFER
Attorneys for Plaintiff
ROBIN ARMATIS

## ORDER OF DISMISSAL WITH PREJUDICE

HAVING CONSIDERED THE FOREGOING, the parties' Stipulated Motion to Dismiss with Prejudice, and having found good cause to exist therefore, the Court hereby grants the Motion.

**IT IS ORDERED** that the above-captioned case be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own attorney fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall CLOSE this matter.

Dated: August 2, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**APPROVED AND AGREED.**

*/s/ Jonathan W. Thames*
Jonathan W. Thames
Attorney for Defendants

*/s/ Craig C. Sheffer*
Craig C. Sheffer
Attorney for Plaintiff